I hereby certify that the instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk

**A CERTIFIED TRUE COPY**

ATTEST

**By Dana Stewart on Oct 26, 2009**

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 08, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION**

MDL No. 1909

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-40)**

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1380 (J.P.M.L. 2008). Since that time, 193 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 26, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS**
**LIABILITY LITIGATION**

MDL No. 1909

### SCHEDULE CTO-40 - TAG-ALONG ACTIONS

**DIST**. **DIV**. **C.A. #**                **CASE CAPTION**

CALIFORNIA NORTHERN
   CAN  3  09-4236          Karen Castagna, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.
   CAN  3  09-4237          Robert Saxon, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.
   CAN  3  09-4238          Theresa Evans v. Bayer Healthcare Pharmaceuticals, Inc., et al.

MINNESOTA
   MN   0  09-2634          Charles Preston v. General Electric Co., et al.

PENNSYLVANIA EASTERN
   PAE  2  09-4149          Loretta Gatewood, et al. v. General Electric Co., et al.

TEXAS SOUTHERN
   TXS  7  09-196           Sughey Mayorga v. General Electric Co., et al.